HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIO CESAR VALDEZ-SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>NATHALIE ASHER,<br><br>Respondent. | CASE NO. C11-1483RAJ<br><br>ORDER |

The court has reviewed the Supplemental Report and Recommendation ("R&R") (Dkt. # 20) of the Honorable Mary Alice Theiler, United States Magistrate Judge and has considered Petitioner's motion (Dkt. # 21) for an extension of time to respond to the R&R.

The court previously referred this matter to Judge Theiler for a supplemental recommendation on whether the bond hearing Plaintiff had recently received satisfied Respondent's due process obligations. The R&R concluded that the bond hearing was legally sufficient. The court reaches the same conclusion.

Petitioner filed an unopposed motion for an extension of time asking for an additional two weeks beyond April 13, 2012, to object to the R&R. The court GRANTS that motion, but notes that Petitioner did not file an objection to the R&R by April 27, 2012, the new deadline that he requested. Given the conclusions of the R&R, it is highly

ORDER- 1

unlikely that Petitioner's objection, even if he had timely filed it, would have led the court to a different result.

The court adopts the supplemental R&R, DISMISSES this action, and directs the clerk to enter judgment for Respondent.

Dated this 1st day of May, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER- 2